IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-1271 |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| JORDAN COOK, | ) | Case No. 23 CR 595 |
| | ) | |
| Defendant-Appellee. | ) | Hon. Robert W. Gettleman |

**GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, asks this Court for a stay of this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

The instant appeal and the appeal in *Prince* present the same sole issue: whether 18 U.S.C. § 922(g)(1), which prohibits felons from possessing firearms, is unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). A decision in *Prince* will resolve the instant appeal in its entirety. As a result, by staying this appeal, this Court can avoid expending judicial resources to address duplicative claims.

In support of this unopposed motion, the government incorporates the attached affidavit of Assistant United States Attorney Georgia N. Alexakis.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:   */s/ Georgia N. Alexakis*
    GEORGIA N. ALEXAKIS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300

| United States of America | ) |
|---|---|
| | ) |
| Northern District of Illinois | ) |

**AFFIDAVIT**

Georgia N. Alexakis, Assistant United States Attorney, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to represent the government in *United States v. Jordan Cook*, No. 24-1271. Currently, the government's opening brief is due April 1, 2024. This affidavit is submitted in support of an unopposed request that this Court stay this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

2. On November 9, 2023, a federal grand jury returned an indictment against defendant Cook charging him with one count of unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). R. 1.

3. On December 14, 2023, defendant moved to dismiss the indictment, arguing that § 922(g)(1) is unconstitutional in light of the Supreme Court's decision in *New York Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). R. 17. On February 9, 2024, the district court granted defendant's motion to dismiss, concluding that § 922(g)(1) is facially unconstitutional. R. 32. The government timely filed its notice of appeal from that decision. R. 33.

3

4. Previously, on November 2, 2023, the district court in this matter granted a motion to dismiss a § 922(g)(1) charge filed by defendant Glen Prince. In so doing, the district court employed the same reasoning it employed here to conclude that the statute is unconstitutional on its face. The government's appeal of the decision in *Prince* is pending before this Court, with its opening brief due March 12, 2024.

5. The government's appeals in *Prince* and *Cook* will present only one issue: whether § 922(g)(1) is constitutional under the Second Amendment. The government therefore anticipates that a decision in *Prince* will resolve *Cook* in its entirety. As a result, by staying the instant appeal, this Court can avoid expending judicial resources to address duplicative claims. The government further notes that this Court already has suspended briefing in approximately nine other appeals pending a decision in *Prince*.[1]

---

[1] *See United States v. Rice*, No. 23-2891; *United States v. Williams*, No. 23-2925; *United States v. Delaney*, No. 23-3156; *United States v. Daniel*, No. 23-3173; *United States v. Freeman*, No. 23-3186; *United States v. Salme-Negrete*, No. 23-3212; *United States v. Anderson*, No. 23-3217; *United States v. Diaz*, No. 23-3259; *United States v. Brooks*, No. 23-3317.

6. Defendant Cook is in custody as the result of a supervised release violation in another federal case (20 CR 632), and counsel for defendant does not object to this motion.

7. Oral argument has not been scheduled, and this motion is not brought for the purpose of delay. If granted, the parties propose filing statements of position within seven days of a decision in *Prince*, or within whatever timeframe this Court orders.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300